IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLBY R. DIXON, | : | CIVIL ACTION |
| | : | No. 15-2688 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DISTRICT ATTORNEY OF LANCASTER COUNTY, et al., | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this **22nd** day of **July, 2015,** upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation[1] of Timothy R. Rice, United States Magistrate Judge, it is hereby **ORDERED** that:

- The Report and Recommendation is **APPROVED and ADOPTED**;

- The Petition for Writ of Habeas Corpus is **DENIED and DISMISSED WITHOUT AN EVIDENTIARY HEARING.**[2]

    **AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] No objections were filed to the Report and Recommendation.

[2] There is no probable cause to issue a certificate of appealability.